**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

| | |
|---|---|
| In Re: | Case No. 21-41341-mlo |
| Sonya Yvette Wilson | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (Doc. 63)**

U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust ('Creditor'), by and through their undersigned counsel, hereby withdraws their Notice of Mortgage Payment Change (Doc. 63).

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 21-41341-mlo |
| Sonya Yvette Wilson | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Withdrawal has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on February 23, 2022 to the following:

Sonya Yvette Wilson, Debtor
5593 Justin Court
Ypsilanti, MI 48197

Kimberly Bedigian, Debtor's Counsel
kbedigian@sbplclaw.com

David Wm Ruskin, Chapter 13 Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Creditor