| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Sonya Yvette Wilson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number | 21-41341-mlo |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee Cabana Series III Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 1 2 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 04/01/2022

**New total payment:** $ 1,457.15
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 503.97     New escrow payment: $ 576.64

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

| Debtor 1 | Sonya Yvette Wilson | | Case number (if known) 21-41341-mlo |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
Signature

Date 02/24/2022

Print: Molly Slutsky Simons
First Name  Middle Name  Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number  Street

Loveland   OH   45140
City   State   ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SONYA WILSON
5593 JUSTIN CT
YPSILANTI MI 48197

Analysis Date: February 22, 2022  Final
Property Address: 5593 JUSTIN COURT YPSILANTI, MI 48197  Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Sept 2021 to Mar 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 880.51 | 880.51 |
| Escrow Payment: | 503.97 | 576.64 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,384.48 | $1,457.15 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2021 |
| Escrow Balance: | (2,383.99) |
| Anticipated Pmts to Escrow: | 2,015.88 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | ($368.11) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (13,178.69) |
| Sep 2021 | | 3,211.44 | | | * | | 0.00 | (9,967.25) |
| Sep 2021 | | | | 596.49 | * | Forced Place Insur | 0.00 | (10,563.74) |
| Sep 2021 | | | | 2,441.39 | * | City/Town Tax | 0.00 | (13,005.13) |
| Oct 2021 | | 535.24 | | | * | | 0.00 | (12,469.89) |
| Oct 2021 | | | | 217.19 | * | Forced Place Insur | 0.00 | (12,687.08) |
| Nov 2021 | | 535.24 | | | * | | 0.00 | (12,151.84) |
| Nov 2021 | | | | 217.02 | * | Forced Place Insur | 0.00 | (12,368.86) |
| Dec 2021 | | 11,280.50 | | | * | Escrow Only Payment | 0.00 | (1,088.36) |
| Dec 2021 | | | | 216.84 | * | Forced Place Insur | 0.00 | (1,305.20) |
| Dec 2021 | | | | 2,326.33 | * | City/Town Tax | 0.00 | (3,631.53) |
| Jan 2022 | | | | 216.84 | * | Forced Place Insur | 0.00 | (3,848.37) |
| Feb 2022 | | 1,681.22 | | | * | Escrow Only Payment | 0.00 | (2,167.15) |
| Feb 2022 | | | | 216.84 | * | Forced Place Insur | 0.00 | (2,383.99) |
| | | | | | | Anticipated Transactions | 0.00 | (2,383.99) |
| Feb 2022 | | 1,511.91 | | | | | | (872.08) |
| Mar 2022 | | 503.97 | | | | | | (368.11) |
| | $0.00 | $19,259.52 | $0.00 | $6,448.94 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (368.11) | 2,883.25 |
| Apr 2022 | 576.64 | 2,152.00 | Homeowners Policy | (1,943.47) | 1,307.89 |
| May 2022 | 576.64 |  |  | (1,366.83) | 1,884.53 |
| Jun 2022 | 576.64 |  |  | (790.19) | 2,461.17 |
| Jul 2022 | 576.64 |  |  | (213.55) | 3,037.81 |
| Aug 2022 | 576.64 |  |  | 363.09 | 3,614.45 |
| Sep 2022 | 576.64 | 2,441.39 | City/Town Tax | (1,501.66) | 1,749.70 |
| Oct 2022 | 576.64 |  |  | (925.02) | 2,326.34 |
| Nov 2022 | 576.64 |  |  | (348.38) | 2,902.98 |
| Dec 2022 | 576.64 | 2,326.33 | City/Town Tax | (2,098.07) | 1,153.29 |
| Jan 2023 | 576.64 |  |  | (1,521.43) | 1,729.93 |
| Feb 2023 | 576.64 |  |  | (944.79) | 2,306.57 |
| Mar 2023 | 576.64 |  |  | (368.15) | 2,883.21 |
|  | $6,919.68 | $6,919.72 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 1,153.29. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,153.29 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (368.11). Your starting balance (escrow balance required) according to this analysis should be $2,883.25. This means you have a shortage of 3,251.36. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 6,919.72. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 576.64 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $576.64 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 21-41341-mlo |
| Sonya Yvette Wilson | Chapter 13 |
| Debtor. | Judge Maria L. Oxholm |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on February 24, 2022 to the following:

Sonya Yvette Wilson, Debtor
5593 Justin Court
Ypsilanti, MI 48197

Kimberly Bedigian, Debtor's Counsel
kbedigian@sbplclaw.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                            Respectfully Submitted,

                                            /s/ Molly Slutsky Simons
                                            Molly Slutsky Simons (OH 0083702)
                                            Sottile & Barile, Attorneys at Law
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: 513.444.4100
                                            Email: bankruptcy@sottileandbarile.com
                                            Attorney for Creditor