# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION--DETROIT

IN THE MATTER OF:
Sonya Yvette Wilson,

Bankruptcy Case No. 21-41341
Honorable Maria L. Oxholm
Chapter 13

            Debtor.

_____/

## CHAPTER 13 POST-CONFIRMATION PLAN MODIFICATION

Sonya Yvette Wilson, the debtor, by and through her counsel, Stevenson & Bullock, P.L.C., hereby files this Chapter 13 Post-Confirmation Plan Modification (the "Modification"), requesting the entry of an order in the form attached hereto, modifying her Chapter 13 Plan to excuse and waive delinquent Chapter 13 Plan payments. In support of this Modification, the debtor respectfully represents as follows:

    1.    On February 17, 2021, the debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

    2.    The first date set for the Meeting of Creditors under 11 U.S.C. §341(a) was March 17, 2021.

    3.    The debtor's Chapter 13 Plan was confirmed on August 20, 2021. *Order Confirming Plan*, docket no. 59.

1

4. Following confirmation, the debtor was unemployed periodically and for a total of approximately 2.5 months. She has since regained employment and is able to resume making Chapter 13 Plan payments.

5. If the estate was liquidated under Chapter 7, there would be no distribution to creditors with allowed general unsecured claims.

6. The debtor proposes to modify her confirmed Chapter 13 Plan to (1) excuse and waive delinquent Chapter 13 Plan payments and (2) increase payments to $2,000.00 bi-weekly, effective July 1, 2022 to cure the delinquency, in part (approximately $20,000), and remit the equivalent of the 2020 income tax refund ($958.00).

7. Statement required pursuant to E.D. Mich. LBR 3015-2(b)(1)(C):

   a. Class 1: no impact;
   b. Class 2: no impact;
   c. There are no creditors in Class 3;
   d. Class 4.1: distributions will be delayed;
   e. Class 4.2: distributions will be delayed;
   f. There are no creditors in Classes 4.3 or 4.4;
   g. Class 5.1 and 5.2: distributions will be delayed;
   h. There are no creditors in Classes 5.3, 5.4, or 5.5;
   i. There are no creditors in Classes 7.1 or 7.2;
   j. Class 7.3: distributions will be delayed;
   k. Class 8: no impact;
   l. Class 9: no impact.

WHEREFORE, Sonya Yvette Wilson, the debtor, respectfully requests that this Honorable Court modify the plan as requested and grant such other and further relief as deemed appropriate.

    Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

/s/ Kimberly Bedigian (P54812)
Attorney for the debtor
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

Date: June 13, 2022

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION--DETROIT

**IN THE MATTER OF:**
Sonya Yvette Wilson,            Bankruptcy Case No. 21-41341
                                       Honorable Maria L. Oxholm
                                       Chapter 13
            Debtor.
_____/

## NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION

The deadline to file an objection to the attached proposed Chapter 13 plan modification is 21 days after service.

If no timely responses are filed to a proposed post-confirmation plan modification, the proponent may file a certificate of no response and request entry of an order approving the plan modification.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee, and any objecting parties. In that event, the plan modification will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed Chapter 13 plan modification shall be served on the following:

Stevenson & Bullock, P.L.C., 26100 American Drive, Ste 500, Southfield, MI 48034

Office of the United States Trustee, 211 W. Fort Street, Ste 700, Detroit, MI 48226

1

Chapter 13 Trustee, 26555 Evergreen Rd., Suite 1100, Southfield, MI 48076

Respectfully submitted,<br>
**STEVENSON & BULLOCK, P.L.C.**

/s/ Kimberly Bedigian (P54812)<br>
Attorney for the debtor<br>
26100 American Drive, Suite 500<br>
Southfield, MI 48034<br>
(248) 354-7906<br>
kbedigian@sbplclaw.com

Date: June 13, 2022

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION--DETROIT

IN THE MATTER OF:
Sonya Yvette Wilson,
                    Debtor.
_____/

Bankruptcy Case No. 21-41341
Honorable Maria L. Oxholm
Chapter 13

## CERTIFICATE OF SERVICE

Kimberly Bedigian certifies that on June 13, 2022, the **Chapter 13 Post-Confirmation Plan Modification**, **Notice of Deadline to Object to Proposed Chapter 13 Plan Modification**, proposed **Order Modifying Plan**, and this **Certificate of Service** were filed electronically. Notice of the filing will be sent to the following parties receiving electronic notice via CM/ECF:

- **Kevin Erskine**     kevin.erskine@usdoj.gov
- **Juandisha Harris**     harrisj12@michigan.gov
- **John P. Kapitan**     John.Kapitan@det13.com
- **John Jay Lieberman**     bankruptcy@sottileandbarile.com
- **Panayiotis D. Marselis**     bankruptcy@hoflawgroup.com
- **Molly Slutsky Simons**     bankruptcy@sottileandbarile.com
- **David Wm Ruskin**     ecf-emails@det13.com
- **Office of the United States Trustee**

Parties may access the filing through CM/ECF. Kimberly Bedigian further certifies that also on June 13, 2022, copies were mailed to the debtor and copies of the **Chapter 13 Post-Confirmation Plan Modification** and **Notice of Deadline to Object to**

**Proposed Chapter 13 Plan Modification** were mailed by first-class U.S. Mail, postage prepaid, to those parties on the attached matrix not receiving electronic notice.

        Respectfully submitted,
        **STEVENSON & BULLOCK, P.L.C.**

        /s/ Kimberly Bedigian (P54812)
        Attorney for the debtor
        26100 American Drive, Suite 500
        Southfield, MI 48034
        (248) 354-7906
        kbedigian@sbplclaw.com

```
Label Matrix for local noticing         500 FastCash                            ADT Security Services, Inc.
0645-2                                  515 G St SE                             P.O. Box 650485
Case 21-41341-mlo                       Miami, OK 74354-8224                    Dallas, TX 75265-0485
Eastern District of Michigan
Detroit
Mon Jun 13 13:29:07 EDT 2022

Advance America                         (p)SPRINGLEAF FINANCIAL SERVICES        BSI Financial Services
2079 Rawsonville Road                   P O BOX 3251                            314 S. Franklin St, Second Floor
Belleville, MI 48111-2219               EVANSVILLE IN 47731-3251                PO Box 517
                                                                                Titusville, PA 16354-0517

Bayside Cash, LDC                       Kimberly Bedigian                       BestChoice123.com
POB 6048                                Stevenson & Bullock, P.L.C.             621 Medicine Way Ste. 6
Pine Ridge, SD 57770-6048               26100 American Drive                    Ukiah, CA 95482-8136
                                        Suite 500
                                        Southfield, MI 48034-6184

Bsi Financial Services                  CPS Inc.                                CWB Services LLC
101 N 2nd St                            PO Box 57071                            POB 411056
Titusville, PA 16354                    Irvine, CA 92619-7071                   Kansas City, MO 64141-1056

(p)CAPITAL ONE                          Capital One Bank (USA), N.A.            Capital One Services, LLC
PO BOX 30285                            by American InfoSource as agent         P.O. Box 30285
SALT LAKE CITY UT 84130-0285            PO Box 71083                            Salt Lake City, UT 84130-0285
                                        Charlotte, NC  28272-1083

Cash Yes                                CitiFinancial                           (p)COMCAST
1501 Hatcher Lane Suite B               PO Box 70918                            41112 CONCEPT DR
Columbia, TN 38401-4853                 Charlotte, NC 28272-0918                PLYMOUTH MI 48170-4253

Comcast                                 Comenity Bank/lnbryant                  Consumer Portfolio Services
POB 70219                               4590 E Broad St                         P. O. Box 57071
Philadelphia, PA 19176-0219             Columbus, OH 43213-1301                 Irvine, CA 92619-7071

Consumer Portfolio Svc                  Consumer Portfolio Svc                  Credit One Bank NA
Attn:Bankruptcy                         Po Box 57071                            PO Box 98873
19500 Jamboree Rd                       Irvine, CA 92619-7071                   Las Vegas, NV 89193-8873
Irvine, CA 92612-2437

Culligan of Ann Arbor/Detroit           Cutter Group LLC                        DTE Energy
46902 Liberty Drive                     400 Bob Wallace Avenue Southwest        One Energy Plaza
Wixom, MI 48393-3600                    Huntsville, AL 35801-5264               WCB 735
                                                                                Detroit, MI 48226-1221

DTE Energy Co.                          Dte Energy                              ECMC
Bankruptcy Dept                         Attention: Bankruptcy Department        Attn: Bankruptcy Department
22d Floor WCB                           Po Box 740786                           POB 16408
One Energy Plaza                        Cincinnati, OH 45274-0786               Saint Paul, MN 55116-0408
Detroit, MI 48226-1221
```

| | | |
|---|---|---|
| Education Department<br>Office of General Counsel<br>400 Maryland Ave. SW Room 6E353<br>Washington, DC 20202-2110 | Kevin Erskine<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | FLVPOA<br>c/o Bailey's Bookkeeping Services LLC<br>2334 Valley Drive<br>Ypsilanti, MI 48197-4360 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | First Premier Bank<br>Credit Card Department<br>POB 5519<br>Sioux Falls, SD 57117-5519 |
| First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | Ford Lake Village Property Owners Assoc<br>POB 970050<br>Ypsilanti, MI 48197-0006 | Ford Lake Village Property Owners Assoc<br>c/o Daryl L. Barton, Assoc. Attorney<br>2520 Southlawn Ave.<br>Ypsilanti, MI 48197-1933 |
| Juandisha Harris<br>3030 W. Grand Blvd.<br>Suite 10-200<br>Detroit, MI 48202-6030 | Hladik, Onorato & Federman, LLP<br>Attn: Jonathan L. Engman<br>3290 W. Big Beaver, Suite 117<br>Troy, MI 48084-2911 | Huntington Bank<br>5555 Cleveland Ave., GW4W25<br>Columbus, OH 43231-4048 |
| IHA<br>POB 131186<br>Ann Arbor, MI 48113-1186 | Imagine<br>Pob 105555<br>Atlanta, GA 30348-5555 | Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Jefferson Capital Systems, LLC<br>PO Box 772813<br>Chicago, IL 60677-2813 | John P. Kapitan<br>Standing Ch 13 Trustee David Wm. Ruskin<br>26555 Evergreen Ste 1100<br>Southfield, MI 48076-4251 | LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10675<br>Greenville, SC 29603-0675 |
| LVNV Funding LLC its successors & assign<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Jon Jay Lieberman<br>394 Wards Corner Road<br>Suite 180<br>Loveland, OH 45140-8362 |
| Mambo Cash<br>Edificio Conhotel<br>Oficina #1, Sababa Norte<br>San Jose, Costa Rica | Panayiotis D. Marselis<br>Hladik, Onorato & Federman, LLP<br>3290 W. Big Beaver, Ste 117<br>48084<br>Troy, MI 48084-2911 | Meade & Associates<br>737 Enterprise Dr<br>Westerville, OH 43081 |
| Michigan Department of Treasury<br>Bankruptcy Unit P.O. Box 30168<br>Lansing MI 48909<br>( 48909-7668 | Michigan Department of Treasury<br>Collections/Bankruptcy Unit<br>P.O. Box 30168<br>Lansing, MI 48909-7668 | (p)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 |
| Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Dallas, TX 75019-4620 | Mr. Cooper<br>POB 60516<br>City of Industry, CA 91716-0516 | Mr. Cooper<br>POB 619094<br>Dallas, TX 75261-9094 |

| | | |
|---|---|---|
| NCO Financial Systems<br>POB 4935<br>Trenton, NJ 08650-4935 | NCO Financial Systems, Inc.<br>507 Prudential Road<br>Horsham, PA 19044-2308 | Orlans Associates, P.C.<br>P.O. Box 5041<br>Troy, MI 48007-5041 |
| Payday Mobility<br>427 N. Tatnall St. #91008<br>Wilmington, DE 19801-2230 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Potestivo & Associates, P.C.<br>251 Diversion St.<br>Rochester, MI 48307-2209 |
| Powerhouse Gym Ypsilanti<br>1326 Anna J. Stepp<br>Ypsilanti, MI 48197-8441 | Premier BankCard<br>PO Box 2208<br>Vacaville, CA 95696-8208 | Premier Bankcard, LLC<br>Jefferson Capital Systems LLC Assignee<br>PO Box 7999<br>Saint Cloud, MN 56302-7999 |
| Progressive Finance<br>256 West Data Drive<br>Draper, UT 84020-2315 | Progressive Leasing LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| David Wm Ruskin<br>26555 Evergreen Rd Ste 1100<br>Southfield, MI 48076-4251 | Molly Slutsky Simons<br>394 Wards Corner Rd.<br>Suite 180<br>Loveland, OH 45140-8362 | Solberg & Kennedy, LLC<br>5320 N. 16th Street, suite 205<br>Phoenix, AZ 85016-3242 |
| Spektrum Online LLC<br>9980 S 300 W Ste 200<br>Sandy, UT 84070-3654 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202-6030 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922-0001 |
| State of Michigan<br>Department of Treasury<br>P.O. Box 77437<br>Detroit, MI 48277-0437 | State of Michigan Department of Treasury<br>3030 W. Grand Blvd., Ste 10-200<br>Detroit, MI 48202-6030 | Tbom/atls/fortiva Mc<br>Po Box 105555<br>Atlanta, GA 30348-5555 |
| The Cashline<br>105 Robino Ct Suite 409<br>Wilmington, DE 19804 | The Huntington National Bank<br>POB 89424<br>Cleveland, OH 44101-6424 | U.S. Attorney<br>Attn: Civil Division (US Dep't of Ed.)<br>211 W. Fort Street, Ste. 2001<br>Detroit, MI 48226-3220 |
| U.S. Attorney<br>Attn: Civil Division (IRS)<br>211 W. Fort St., Ste. 2001<br>Detroit, MI 48226-3220 | U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0009 | U.S. Bank Trust National Association<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 |
| US BANK TRUST NATIONAL ASSOCIATION<br>AS TRUSTEE OF CABANA SERIES III TRUST<br>314 S Franklin St., Second Floor<br>PO Box 517<br>Titusville, PA 16354-0417 | US Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 | US Bank Trust National Association,<br>as Trustee of the Cabana Series IIITrust<br>7114 E. Stetson Dr., Suite 250<br>Scottsdale, AZ 85251-3264 |

| | | |
|---|---|---|
| US Bank Trust, N.A.<br>Hladik, Onorato & Federman, LLP<br>3290 W. Big Beaver, Ste 117<br>Troy, MI 48084-2911 | United States of America (IRS)<br>United States Attorney<br>211 W. Fort Street<br>Suite 2001<br>Detroit, MI 48226-3220 | Verizon Wireless<br>446 Highway 96<br>Saint Paul, MN 55164 |
| Webbank/Fingerhut<br>Bankruptcy Dept<br>6250 Ridgewood Rd.<br>Saint Cloud, MN 56303-0820 | Sonya Yvette Wilson<br>5593 Justin Court<br>Ypsilanti, MI 48197-6778 | Xfinity<br>41112 Concept Dr.<br>Plymouth, MI 48170-4253 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American General Finan<br>Springleaf Financial/Attn: Bankruptcy De<br>Po Box 3251<br>Evansville, IN 47731 | Cap One<br>PO Box 85520<br>Richmond, VA 23285 | (d)Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 |
| Comcast<br>41112 Concept Dr.<br>Plymouth, MI 48170 | Mohela/dept Of Ed<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Portfolio Recovery Associates, LLC<br>120 Corporate BLVD<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>Riverside Commerce Center<br>140 Corporate Boulevard<br>Norfolk, VA 23502-4952 |
| (d)US Department of Education/MOHELA<br>633 Spirit Drive<br>Chesterfield MO 63005 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Stevenson & Bullock, P.L.C. | End of Label Matrix<br>Mailable recipients    95<br>Bypassed recipients     1<br>Total                  96 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION--DETROIT

IN THE MATTER OF:
Sonya Yvette Wilson,   Bankruptcy Case No. 21-41341
　　　　　　　　　　　　　Honorable Maria L. Oxholm
　　　　　　　　　　　　　Chapter 13
　　　　Debtor.
_____/

## ORDER MODIFYING PLAN

This matter came before the Court on the debtor's Chapter 13 Post-Confirmation Plan Modification, all required parties have been served with the Chapter 13 Post-Confirmation Plan Modification and Notice, no timely objections have been received; in accordance with E.D. Mich. LBR 3015-2(b)(5), a certificate of no response has been filed; and the Court being fully advised in the premises:

NOW THEREFORE IT IS HEREBY ORDERED that delinquent Chapter 13 Plan payments are excused and waived.

IT IS FURTHER ORDERED that Chapter 13 Plan payments are increased to $2,000.00 bi-weekly, effective July 1, 2022 to cure the delinquency, in part, and remit the equivalent of the 2020 income tax refund ($958.00).

IT IS FURTHER ORDERED that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

1

# Attachments required by E.D. Mich. LBR 3015-2(b)(1)(B)

## LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| **PERSONAL RESIDENCE** | | | | | |
| **5593 Justin Court Ypsilanti, MI 48197 Washtenaw County** residence | 242,000.00 | 294,201.88 | 0.00 | 0.00 | 0.00 |
| PERSONAL RESIDENCE (total) | 242,000.00 | 294,201.88 | 0.00 | 0.00 | 0.00 |
| **REAL ESTATE OTHER THAN PERSONAL RESIDENCE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **HHG/PERSONAL EFFECTS** | | | | | |
| **various household goods and furnishings** no individual item worth >$625 | 2,500.00 | 0.00 | 2,500.00 | 2,500.00 | 0.00 |
| **twin mattress & bed frame** | 50.00 | 362.10 | 0.00 | 0.00 | 0.00 |
| **various household & personal electronics** no individual item worth >$625 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 0.00 |
| **various wearing apparel** | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| HHG/PERSONAL EFFECTS (total) | 4,050.00 | 362.10 | 4,000.00 | 4,000.00 | 0.00 |
| **JEWELRY** | | | | | |
| **jewelry** | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| JEWELRY (total) | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| **CASH/BANK ACCOUNTS** | | | | | |
| **cash** | 100.00 | 0.00 | 100.00 | 100.00 | 0.00 |

1

| | | | | | |
|---|---|---|---|---|---|
| savings: UMCU | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 |
| checking: UMCU | 3,847.00 | 0.00 | 3,847.00 | 3,847.00 | 0.00 |
| health care flex spending account (not transferrable); current balance = ~$800 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **CASH/BANK ACCOUNTS (total)** | 3,952.00 | 0.00 | 3,952.00 | 3,952.00 | 0.00 |
| **VEHICLES** | | | | | |
| 2010 Ford Edge ~160,000 miles | 8,000.00 | 45,594.00 | 0.00 | 0.00 | 0.00 |
| **VEHICLES (total)** | 8,000.00 | 45,594.00 | 0.00 | 0.00 | 0.00 |
| **OTHER (itemize)** | | | | | |
| 403(b): Transamerica (Trinity Health 403(b)) | 500.00 | 0.00 | 500.00 | 500.00 | 0.00 |
| 403(b): Fidelity Investments (University of Michigan 403(b)) | 300.00 | 0.00 | 300.00 | 300.00 | 0.00 |
| 401(k): (Rainbow Rehabilitation Centers, Inc.) | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| driver's license (not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RN license (not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lemonade (home insurance) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Progressive Michigan Insurance Company (vehicle insurance) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| group term life insurance policy; provided as employment benefit Beneficiary: Stephanie Wilson | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| medical insurance (provided as employment benefit; not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| dental insurance (provided as employment benefit; not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| vision insurance (provided as employment benefit; not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| long term disability insurance (provided as employment benefit; not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| short term disability insurance (provided as employment benefit; not transferrable) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER (total)** | 2,800.00 | 0.00 | 2,800.00 | 2,800.00 | 0.00 |

Amount available upon liquidation $ **0.00**

Less administrative expenses and costs $ **0.00**

Less priority claims $ **52,123.19**

Amount Available in Chapter 7 $ **0.00**

3

CHAPTER 13 MODEL WORKSHEET
LOCAL BANKRUPTCY RULE 3015-1(B)(2) E.D.M

1. Proposed length of Plan: 60 months

2. Initial Plan Payment:
$1,800.00 bi-weekly x 60 months = $234,000.00 (subtotal)

3. Additional Payments: $_____ per=$_____(subtotal)

4. Lump sums payments — $11,535.00

5. Total to be paid into Plan (total of lines 2 through 4) — $245,535.00

6. Estimated disbursements other than to Class 9 General Unsecured Creditors

   a. Estimated Trustee Fees — $22,098.15

   b. Estimated Attorney Fees and costs through confirmation of plan — $8,000.00

   c. Estimated Attorney Fees and costs post-confirmation through duration of Plan — $3,000.00

   d. Estimated fees of other Professionals — $0.00

   e. Total mortgage and other continuing secured debt payments — $83,068.80

   Post-petition pre-confirmation mortgage payments — $6,922.40

   f. Total non-continuing secured debt payments (including interest) — $19,338.24

   g. Total priority claims — $52,123.19

   h. Total arrearage claims — $49,923.03

7. Total disbursements other than to Class 9 General Unsecured Creditors (Total of lines 6.a through 6.h) — $244,473.81

8. Funds *estimated* to be available for Class 9 General Unsecured Creditors (Line 5 minus Line 7) — $1,061.19

9. Estimated dividend to Class 9 General Unsecured Creditors in Chapter 7 proceeding (see Liquidation Analysis on page 6) — $0.00